UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No:  8:24-cv-01529-DOC (KESx)                Date: January 30, 2025

Title:  William A. Raho v. Wells Fargo Bank, N.A.

---

PRESENT:   <u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

<u>Karlen Dubon</u>                                  <u>Not Present</u>
Courtroom Clerk                                Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFF:                                          DEFENDANT:
None Present                                      None Present

---

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CIVIL CASE**

The Court, having been notified by counsel for the parties that this action has been settled re Notice of Settlement [23], hereby orders this action **DISMISSED** without prejudice. Defendant's Motion to Dismiss Complaint [12] is hereby **DENIED AS MOOT**.  The Court hereby orders all proceedings in the case **VACATED** and taken off calendar. The Court retains jurisdiction for thirty (30) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk: kd